UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No.: CV 20-1833-DMG (RAOx) |
|---|---|
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [26]** |
| v. | |
| BERENDO PROPERTY PARTNERS LLC, a California Limited Liability Company; JEONG MIN KYE; and Does 1-10, | |
| Defendants. | |

Pursuant to the parties' stipulation and Fed. R. Civ. P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: November 17, 2020   _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE